**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| BALAJEE TRADE LINK, LLC, | |
|---|---|
| Plaintiff, | CIVIL ACTION NO. 3:CV-12-2463 |
| v. | (JUDGE CAPUTO) |
| MAYA OVERSEAS FOODS, INC., | |
| Defendant. | |

**ORDER**

**NOW**, this 14th day of December, 2012, **IT IS HEREBY ORDERED** that removing Defendant Maya Overseas Foods, Inc. is given leave to file an amended notice of removal within **twenty-one (21) days** from the date of entry of this Order. If Defendant fails to do so, the action will be remanded to the Court of Common Pleas of Lackawanna County, Pennsylvania.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge